UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 12-10702 DSF (RZx) | Date | 1/15/13 |
|---|---|---|---|
| Title | Andrei Belov v. Marriott Int'l, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

This case was removed based on diversity jurisdiction. However, Defendants have failed to allege the citizenship of The Ritz-Carlton Company, LLC adequately. Defendants plead that Ritz-Carlton is incorporated in Delaware, has a principal place of business in Maryland, and is an "indirect subsidiary" of Marriott International, Inc. (Notice of Removal ¶¶ 11-13.) This is not sufficient. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen).

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.